JAMES E. SHIELDS, Respondent, v. TILLIE CRAGER and BENJAMIN CRAGER, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Finch and Sherman, JJ., dissent and vote to reverse and grant new trial on the ground that the court erred in excluding evidence prejudicial to defendants relating to the report filed with the Commissioner of Motor Vehicles.

SALVADOR BESOSA, as Administrator, etc., of ROBERT BESOSA, Deceased, Respondent, v. THE DRY DOCK MORTGAGE CORPORATION, Appellant. SALVADOR BESOSA, as Administrator, etc., of LILLIAN BESOSA, Deceased, Respondent, v. THE DRY DOCK MORTGAGE CORPORATION, Appellant. SALVADOR BESOSA, Respondent, v. THE DRY DOCK MORTGAGE CORPORATION, Appellant. ANTONIA BESOSA, Respondent, v. THE DRY DOCK MORTGAGE CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUTH ST. CLAIRE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CONWILL, Appellant. — Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SEVENTH NATIONAL BANK OF NEW YORK, Plaintiff, v. FLORA LEIBOWITZ, Appellant, and MARVIN W. CLARK and Others, Respondents, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer the supplemental pleading within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PIERREPONT E. GRANNIS and Others, Appellants, v. WILLIAM KEMP and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD A. KELLY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LESLIE JENKINS, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM A. NOLTE, Respondent, v. AMEEN E. BARDWIL and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NATHAN ABRAMOVITZ, Respondent, v. THE GRAHAM Co., INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.